PROB 12C
(6/16)

Report Date: August 15, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2025

SEAN F. McAVOY, CLERK

ECF No 46

| | | | |
|---|---|---|---|
| Name of Offender: | Travis Lee Collins | Case Number: | 0980 2:18CR00040-RLP-1 |
| Address of Offender: | ███████████ e, Spokane Valley, Washington 99206 | | |

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 22, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 110 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | February 4, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | February 3, 2028 |

## PETITIONING THE COURT

To issue a summons.

On February 5, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Collins, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On July 24, 2025, Travis Lee Collins allegedly violated special condition number 3 by failing to attend his substance abuse group treatment session as scheduled.<br><br>On July 25, 2025, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to attend his substance abuse group treatment session on July 24, 2025, as scheduled. |
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Collins, Travis Lee**
**August 15, 2025**
**Page 2**

|   |   |
|---|---|
| | **Supporting Evidence**: On July 28, 2025, Travis Lee Collins allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing. |
| | On July 29, 2025, PHS notified the assigned probation officer that Mr. Collins had failed to report for phase urinalysis testing on July 28, 2025, when his assigned color was identified for testing. |
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about July 26 and 27, 2025, Travis Lee Collins allegedly violated special condition number 4 by consuming methamphetamine. |
| | On July 29, 2025, after receiving communication from PHS, this officer contacted the offender and instructed him to report to the probation office for random urinalysis testing. |
| | Later that date, on July 29, 2025, Mr. Collins reported to the probation office as instructed. He was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine. The offender readily admitted to the use of methamphetamine on July 26 and 27, 2025, and he signed an admission of use form confirming that use. |
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 11, 2025, Travis Lee Collins allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing. |
| | On August 12, 2025, PHS notified the undersigned officer that Mr. Collins had failed to report for phase urinalysis testing on August 11, 2025, when his assigned color was identified for testing. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/15/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Collins, Travis Lee**
**August 15, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

August 18, 2025
_____
Date