PROB 12C
(6/16)

Report Date: September 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2025

SEAN F. McAVOY, CLERK

ECF No 66

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Lee Collins    Case Number: 0980 2:18CR00040-RLP-1

Address of Offender: ███████████████    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 13, 2018

| | | |
|---|---|---|
| Original Offense: | Possession with intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 80 months<br>TSR - 36 | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: February 4, 2025 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: February 3, 2028 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/15/2025 and 08/29/2025.

On February 5, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Collins, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about September 1, 2025, Travis Lee Collins allegedly violated special condition number 4 by consuming methamphetamine. |
| | On September 2, 2025, Mr. Collins finally reported to the U.S. Probation Office. The offender appeared to be under the influence, having difficulty keeping his eyes open and seemingly unable to sit still, as he had during his meeting with this officer on August 28, 2025. As such, the offender was notified he would need to submit to random urinalysis testing, although he claimed he was unable to provide a urine sample at that time. |

Prob12C
Re: Collins, Travis Lee
September 11, 2025
Page 2

        The undersigned then met with the offender and his mother, and he subsequently admitted to the use of methamphetamine and alcohol on or about September 1, 2025. Mr. Collins signed an admission of use form confirming his use.

8     **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is th primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On or about September 1, 2025, Travis Lee Collins allegedly violated special condition number 5 by consuming alcohol.

    On September 2, 2025, the offender admitted to the use of methamphetamine and alcohol on or about September 1, 2025. He signed an admission of use confirming his use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/11/2025

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

September 11, 2025
Date