PROB 12C
(6/16)

Report Date: October 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK
ECF No. 91

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Lee Collins            Case Number: 0980 2:18CR00040-RLP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 13, 2018

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison - 80 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: February 4, 2025 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: February 3, 2028 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/15/2025, 08/29/2025 and 09/11/2025.

On February 5, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Collins, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On or about September 29, 2025, Travis Collins allegedly violated mandatory condition number 2 by possessing methamphetamine and fentanyl.<br><br>On October 1, 2025, the assigned probation officer was contacted by the U.S. Marshals Service (USMS). The USMS advised that they had received information relative to the offender from correctional staff at the Spokane County Jail (SCJ), where Mr. Collins was incarcerated.<br><br>According to the information received, Mr. Collins was attempting to sell illicit drugs to other inmates at the jail. Mr. Collins is noted as telling one inmate that he departed from inpatient treatment after claiming to have "a migraine," before going home to "watch a football game with his girlfriend." |

Prob12C
**Re: Collins, Travis Lee**
**October 7, 2025**
**Page 2**

    Expecting that he would be taken into custody when he reported to the probation office the next day, on September 29, 2025, the offender reportedly admitted to having prepared a "party package." The "party package" consisted of methamphetamine, fentanyl and suboxone in a condom, which Mr. Collins is alleged to have concealed in his anus before reporting to the U.S. Probation Office.

| 10 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

    **Supporting Evidence**: On or about September 29, 2025, Travis Collins allegedly violated mandatory condition number 1 by introducing methamphetamine, fentanyl and suboxone into a detention facility.

    On September 30, 2025, correctional staff at the SCJ conducted a search of the offender's cell based on information that Mr. Collins was attempting to sell drugs to other inmates; the offender was at Court during that time, and thus, not present during the search.

    According to the information received, during that search, correctional staff located an empty toilet paper roll with rolled up toilet paper inside. When the toilet paper was unraveled, officers located a clear condom that had an orange liquid in it.

    Staff then began to search the bunk where officers had seen Mr. Collins laying. They located a bologna sandwich, which had been distributed the evening prior. When that sandwich was opened, officers found "another baggie rolled up inside the sandwich;" when that bag was opened and searched, suboxone strips were discovered.

    As of the writing of this report, this matter is being actively investigated.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/07/2025

    s/Amber M.K. Andrade

    Amber M.K. Andrade
    U.S. Probation Officer

Prob12C
**Re: Collins, Travis Lee**
**October 7, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

October 7, 2025
_____
Date