PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 29, 2025**

SEAN F. MCAVOY, CLERK

**ECF No. 79**

U.S.A. vs.        Collins, Travis Lee        Docket No.    0980 2:18CR00040-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Amber M. K. Andrade, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Travis Lee Collins, who was placed under pretrial release supervision by the Honorable James A. Goeke sitting in the court at Spokane, Washington, on the 25th day of September 2025 under the following conditions:

**Additional Condition #3**: Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form an at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluation or treatment ordered her, Defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling. If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Travis Collins allegedly violated additional condition number 3 by terminating his engagement in inpatient drug treatment on September 28, 2025.

On September 26, 2025, Mr. Travis Collins was released from imprisonment at the Spokane County Jail (SCJ). As ordered by the Court, he was transported by treatment staff from the jail to Pioneer Center East (PCE) for inpatient treatment, as ordered by the Court.

On September 29, 2025, the assigned probation officer received notification from treatment staff at PCE that the offender had aborted treatment the day prior, on September 28, 2025. According to the information received, Mr. Collins claimed that he had a migraine on September 28, 2025. Although staff had arranged an appointment for him to see a doctor the very next day, Mr. Collins advised that he "was leaving and would be back tomorrow." When staff informed him that may not be possible, he replied: "that's fine. I'll go somewhere else."

The offender terminated his inpatient drug treatment program with PCE at approximately 12:45 p.m. on September 28, 2025, approximately 48 hours after he was released from custody to engage in treatment.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    September 29, 2025 |
| by | s/Amber M. K. Andrade |
|  | Amber M. K. Andrade<br>U.S. Pretrial Services Officer |

PS-8

Re: Collins,, Travis Lee
September 29, 2025
Page 2

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

9/29/2025
Date